1 Name        _____
2 Bar #       _____
  Firm        _____
3 Address     _____
4             _____
5             _____
  Telephone   _____
6

7                    IN THE UNITED STATES DISTRICT COURT

8                          FOR THE DISTRICT OF ARIZONA

9

10                                          )
11                                          )
                                            )
12        Plaintiff,                        )
                                            )    **Case No.**
13        vs.                               )
                                            )    **Corporate Disclosure Statement**
14                                          )
                                            )
15        Defendant.                        )
                                            )
16 _____ )

17

18        This Corporate Disclosure Statement is filed on behalf of _____
   in compliance with the provisions of: *(check one)*
19        ____    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                action in a district court must file a statement that identifies any parent corporation
                   and any publicly held corporation that owns 10% or more of its stock or states that
21                 there is no such corporation.
22        ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                party to a proceeding in a district court must file a statement that identifies any
                   parent corporation and any publicly  held corporation that owns 10% or more of its
24                 stock or states that there is no such corporation.
25        ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                alleged criminal activity is a corporation the government must file a statement
                   identifying the victim and the statement must also disclose the information required
27                 by Rule 12.4(a)(1).
28

1    **The filing party hereby declares as follows:**

2    _____    No such corporation.

      _____    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as

3             listed below. *(Attach additional pages if needed.)*

4    _____Relationship_____

      _____    Publicly held corporation, not a party to the case, with a financial interest in the

5             outcome. *List identity of corporation and the nature of financial interest. (Attach*

6             *additional pages if needed.)*

7    _____Relationship_____

      _____    Other(please explain)

8

9    _____

      _____

10

11   **A supplemental disclosure statement will be filed upon any change in the**
     **information provided herein.**

12

13          Dated this _____ day of _____, _____.

14

15                            _____

16                                 Counsel of Record

17

18

19   Certificate of Service:

20

21

22

23

24

25

26

27

28